IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 05-cr-00237-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GREGORY LOZADO,

      Defendant.

_____

**MOTION TO DETERMINE COMPETENCY
AND INSANITY OF THE DEFENDANT AND
MOTION TO VACATE CHANGE OF PLEA**
_____

      COMES NOW the defendant Gregory Lozado ("Mr. Lozado"), by and through Assistant Federal Public Defender Matthew C. Golla and moves this Honorable Court to vacate the change of plea hearing currently set for December 20, 2005 at 8:30 a.m. and in its' stead hold a hearing pursuant to 18 U.S.C. § 4241(a) to determine the mental competency of the defendant, Gregory Lozado , and a psychiatric evaluation, pursuant to 18 U.S.C. § 4242. In support of this motion, counsel states as follows:

      1.    A change of plea hearing is currently scheduled for December 20, 2005 at 8:30 a.m.

      2.    18 U.S.C. § 4241(a) provides that at any time after the commencement of a prosecution for an offense and prior to sentencing, a defendant may file a motion

for a hearing to determine his mental competency. The Court shall grant such motion if there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Prior the competency hearing, the Court may order a psychiatric evaluation of the defendant under 18 U.S.C. § 4241 (b) and (c).

3. Undersigned counsel proffers, based on his interaction with the defendant, that there is "reasonable cause to believe ... that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent...." Without disclosing the specific content of privileged communications, counsel's belief in this regard is based on statements made by the defendant regarding this case, the defendant's demeanor, and concerns raised by the defendant himself regarding his mental condition and need for medication.

4. In addition, mental health professionals who have evaluated Mr. Lozado in the past have observed traits of bipolar disorder.

5. Counsel requests that a psychiatric evaluation be conducted pursuant to 18 U.S.C. § 4247(b) and (c) to determine whether Mr. Lozado is competent to proceed to trial.

6. In light of discussions with Mr. Lozado, undersigned counsel also requests that pursuant to 18 U.S.C. §4242 that a psychiatric evaluation of the

defendant be conducted pursuant to 18 U.S.C. § 4242(b) and (c) to determine whether Mr. Lozado was insane at the time of the alleged offense.

      7.     Counsel has contacted Assistant United States Attorney Josh Stein and he does not oppose this motion.

             Respectfully submitted,

             RAYMOND P. MOORE
             FEDERAL PUBLIC DEFENDER


             s/ Matthew C. Golla
             MATTHEW C. GOLLA
             Office of the Federal Public Defender
             633 17th Street, Suite 1000
             Denver, CO   80202
             Telephone:  (303) 294-7002
             FAX:  (303) 294-1192
             E-mail: Matt_Golla@fd.org
             Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2005, I electronically filed the foregoing **MOTION TO DETERMINE COMPETENCY AND INSANITY OF THE DEFENDANT AND MOTION TO VACATE CHANGE OF PLEA** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Josh Stein, Assistant United States Attorney
    joshua.stein@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Gregory Lozado (by mail)
    Reg. No. 33813-013
    c/o FDC
    9595 W. Quincy Ave.
    Littleton, CO   80123

                                    s/ Matthew C. Golla
                                    MATTHEW C. GOLLA
                                    Attorney for Defendant
                                    Office of the Federal Public Defender
                                    633 17th Street, Suite 1000
                                    Denver, CO   80202
                                    (303) 294-7002
                                    (303) 294-1192
                                    Matt_Golla@fd.org