**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE LEWIS T. BABCOCK**

_____

| | | |
|---|---|---|
| Courtroom Deputy: | Bernique Abiakam | Date:  December 20, 2005 |
| Court Reporter: | Gwen Daniel | |

_____

Civil Case No. 05-cr-00237-LTB

UNITED STATES OF AMERICA,　　　　　　　　　Joshua Stein

　　　　Plaintiff,

v.

1.　　　GREGORY LOZADO,　　　　　　　　　Matthew Golla

　　　　Defendant.

_____

**COURTROOM MINUTES**
_____

**Status Conference**

8:32 a.m.　　　Court in session.

Court calls case.  Appearances of counsel.  Defendant present in custody.

Court makes initial comments.

Statement by Mr. Golla regarding Motion to Determine Competency.

Statement by the Court.

**ORDERED:　Motion To Determine Competency And Insanity of the Defendant and Motion to Vacate Change of Plea (Filed 12/15/05; Doc. No. 33) is GRANTED, as specified.**

8:38 a.m.　　　Court in recess.
Total time in court: 6 minutes.
Hearing concluded.