# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   05-cr-00237-LTB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  GREGORY LOZADO,

     Defendant.

## ORDER

THIS MATTER comes before the Court on Government's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e) (3)(E)(i).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's motion is granted, and that grand jury testimony and grand jury exhibits may be disclosed to the Defendant and his attorney in the course of discovery in this case.  It is further

ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the Defendant and his attorney; that the Defendant's attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED this   25th   day of    May    , 2006.

                                        BY THE COURT:

                                        s/Lewis T. Babcock  
                                        LEWIS T. BABCOCK, Chief Judge  
                                        United States District Court