IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No.  05-cr-00237-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. GREGORY LOZADO,

      Defendant.

_____

## Order
_____

      In Court today Martin Stewart, attorney for defendant Gregory Lozado, moved for a continuance of the time calculations of the Speedy Trial Act, 18 U.S.C. § 3161. Assistant U.S. Attorney Joshua Stein, representing plaintiff United States of America, did not object.

      Because defense counsel in this case has been recently appointed to replace the previous defense counsel, I find and conclude that failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).   I also find and conclude that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A).

      Defendant's motion for a continuance of the Speedy Trial Act time calculations is GRANTED.

      The trial setting for June 12, 2006 and the trial preparation conference set for June 9, 2006 are VACATED.

      Defendant will submit additional motions no later than June 23, 2006.

      A hearing on further status and scheduling is set for Wednesday June 28, 2006 at 9:30am.

**DONE and ORDERED,** this   1st   day of June, 2006 at Denver, Colorado.

                                                    s/Lewis T. Babcock
                                                  United States District Chief Judge