IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No.  05-cr-00237-LTB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. GREGORY LOZADO,

     Defendant.

---

## ORDER

---

     For the reasons stated during the June 28, 2006 hearing, it is ORDERED that:

1) the defendant's Motion for Pre-Trial Notice Under 404(b) (docket # 22) is GRANTED; the Government shall make any Rule 404(b) disclosures on or before July 14, 2006 at 3:00 P.M.;

2) the defendant's Motion for Discovery as to Expert Witnesses (docket # 23) is GRANTED; the Government shall make its disclosures on or before July 14, 2006 at 3:00 P.M.;

3) the Government shall respond to the defendant's motions *in limine* (dockets # 58, 59) on or before Friday, June 30, 2006;

4) a trial preparation conference shall occur on July 14, 2006 at 3:00 P.M., at which the parties shall be prepared to argue the remaining motions;

5) the parties shall submit all required pre-trial materials on or before July 13, 2006; and

6) trial shall commence Monday, July 31, 2006 at 8:30 A.M..

Dated: June ___28___, 2006, in Denver, Colorado.

BY THE COURT:

     s/Lewis T. Babcock
     Lewis T. Babcock, Chief Judge