IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No.  05-cr-00237-LTB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. GREGORY LOZADO,

     Defendant.

_____

**Order**

_____

For the reasons stated in Court today it is so ORDERED that:

1) Defendant's Motion for Discovery (Docket #24) is GRANTED as confessed and otherwise DENIED. Disclosures pursuant to Fed. R. Evid. 404(b) are due 21 days before trial.

2) Defendant's Motion in Limine (Docket #58) is DENIED, without prejudice to defendant's right to raise the question of the prejudicial impact of this evidence during trial.

3) Defendant's Motion in Limine and Stipulation as to Prior Felony (Docket # 59) is GRANTED, as stipulated in Court today.

4) Defendant's Motion to Continue Jury Trial (Docket #67) is GRANTED, pursuant to 18 U.S.C. § 3161(h)(8)(A) because the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant in a speedy trial, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) because failure to grant the continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation.

5) The three day jury trial in this case is reset for Monday, October 23, 2006 at 8:30 am. The Trial Preparation Hearing is set for Thursday, September 28, 2006 at 4:00pm.

**DONE and ORDERED,** this __14th__ day of July, 2006 at Denver, Colorado.

                          s/Lewis T. Babcock_____
                          United States District Chief Judge