**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 05-cr-00237-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. GREGORY LOZADO,

  Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

 Government has filed a Motion for Order to Provide Saliva Sample (Doc 83 - filed July 31, 2006). Defendant has **up to and including August 10, 2006** to file a response.

DATED: August 1, 2006
_____