IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No.  05-cr-00237-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREGORY LOZADO,

Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the Trial to Jury counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 24th day of October 2006.

BY THE COURT:

LEWIS T. BABCOCK, CHIEF JUDGE
United States District Court

Attorney for Government

Attorney for Defense
(No Exhibits)