IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 05-cr-00237-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  GREGORY LOZADO,

Defendant.

---

## JUDGMENT OF ACQUITTAL

---

This cause came on regularly for trial, commencing on October 23, 2006 and proceeded through October 24, 2006 before the Honorable Chief Judge Lewis T. Babcock, United States District Court, and a jury of twelve duly sworn to try the issues herein.

At the conclusion of the Government's evidence the Defendant's Rule 29 Motion for Judgment of Acquittal as to Count One of the Indictment and Superseding Indictment was granted.  It is now

ORDERED that Count One of the Indictment and Superseding Indictment are DISMISSED WITH PREJUDICE.

Dated at Denver, Colorado this 24th day of October 2006.

BY THE COURT:

Lewis T. Babcock, Chief Judge